FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 14 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSA

UNITED STATES OF AMERICA
v.
AVERY LEE WARD

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:12cr000292-02 JM
USM No. 27357-009

J. Brooks Wiggins
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Std 7 & Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 11/29/2014 |
| Standard 7 | Failure to refrain from use os controlled substance | 10/21/2013 |
| Special | Failure to complete treatment program & failure to report for drug testing | 11/26/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3769

Defendant's Year of Birth: 1975

City and State of Defendant's Residence:
Little Rock, Arkansas

03/14/2014
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR.      U.S. District Judge
Name and Title of Judge

3|14|2014
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: AVERY LEE WARD
CASE NUMBER: 4:12cr000292-02 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**TWELVE (12) MONTHS & ONE (1) DAY**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The defendant shall participate in mental health treatment.**
**The defendant shall serve his term of imprisonment in a facility nearest his homw.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL